## ENCORE WIRE CORPORATION, Appellant

v.

## SOUTHWIRE COMPANY, LLC, Cross–Appellant.

### Nos. 2015–1249, 2015–1250.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2015.

Massimo Ciccarelli, James Michael Heinlen, Esq., James Murphy, Thompson & Knight LLP, Dallas, TX, for Appellant.

Kirk T. Bradley, Esq., Alston & Bird LLP, Charlotte, NC, Keith E. Broyles, Esq., Alston & Bird LLP, Atlanta, GA, Christopher L. McArdle, Alston & Bird LLP, New York, N.Y., Paul V. Storm,

Gardere Wynne Sewell LLP, Dallas, TX, for Cross–Appellant.

Before LOURIE, MOORE, and WALLACH, Circuit Judges.

## ORDER

PER CURIAM.

IT IS ORDERED THAT:

In light of our affirmance of the Patent Trial and Appeal Board's decision in *Southwire Co. v. Cerro Wire LLC,* Case No. 15–1117, this case is hereby dismissed as moot.